IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERCIA | ) | CR No.: 3:11-2177-JFA |
| | ) | |
| v. | ) | SPECIAL VERDICT |
| | ) | |
| DALTON LEE MACKENZEE | ) | |
| _____ | ) | |

The court concludes that the defendant, Dalton Lee Mackenzee should not be held criminally responsible for his acts on September 12, 2011. The court thus concludes that the defendant, Dalton Lee Mackenzee is not guilty of the offenses charged.

s/Joseph F. Anderson, Jr.  
Joseph F. Anderson, Jr.  
United States District Judge

April 16, 2013
Columbia, South Carolina